# Harper's MAGAZINE

# ON FEAR

## The South in Labor

### WILLIAM FAULKNER

*Artist and prophet . . . one of the South's foremost citizens . . . winner of the Nobel and Pulitzer Prizes—William Faulkner here carries forward his controversial series on "The American Dream: What Happened to It?"*

IMMEDIATELY after the Supreme Court decision abolishing segregation in schools, the talk began in Mississippi of ways and means to increase taxes to raise the standard of the Negro schools to match the white ones. I wrote the following letter to the open forum page of our most widely-read Memphis paper:

> We Mississippians already know that our present schools are not good enough. Our young men and women themselves prove that to us every year by the fact that, when the best of them want the best of education which they are entitled to and competent for, not only in the humanities but in the professions and crafts—law and medicine and engineering—too, they must go out of the state to get it. And quite often, too often, they don't come back.
>
> So our present schools are not even good enough for white people; our present state reservoir of education is not of high enough quality to assuage the thirst of even our white young men and women. In which case, how can it possibly assuage the thirst and need of the Negro, who obviously is thirstier, needs it worse, else the federal government would not have had to pass a law compelling Mississippi (among others of course) to make the best of our education available to him.
>
> That is, our present schools are not even good enough for white people. So what do we do? Make them good enough, improve them to the best possible? No. We beat the bushes, rake and scrape to raise additional taxes to establish another system at best only equal to that one which is already not good enough, which therefore won't be good enough for Negroes either; we will have two identical systems neither of which are good enough for anybody.

A few days after my letter was printed in the paper, I received by post the carbon copy of a letter addressed to the same forum page of the Memphis paper. It read as follows:

> When Weeping Willie Faulkner splashes his tears about the inadequacy of Mississippi schools . . . we question his gumption in these respects, etc.

From there it went on to cite certain facts of

Exhibit B

which all Southerners are justly proud: that the seed-stock of education in our land was preserved through the evil times following the Civil War when our land was a defeated and occupied country, by dedicated teachers who got little in return for their dedication. Then, after a brief sneer at the quality of my writing and the profit motive which was the obvious reason why I was a writer, he closed by saying: "I suggest that Weeping Willie dry his tears and work up a little thirst for knowledge about the basic economy of his state."

Later, after this letter was printed in the Memphis paper in its turn, I received from the writer of it a letter addressed to him by a correspondent in another small Mississippi town, consisting in general of a sneer at the Nobel Prize which was awarded me, and commending the Weeping Willie writer for his promptness in taking to task anyone traitorous enough to hold education more important than the color of the educatee's skin. Attached to it was the Weeping Willie writer's reply. It said in effect:

> In my opinion Faulkner is the most capable commentator on Southern facts of life to date. . . . If we could insult him into acquiring an insight into the basic economy of our region, he could [sic] do us a hell of a lot of good in our fight against integration.

My answer was that I didn't believe that insult is a very sound method of teaching anybody anything, of persuading anyone to think or act as the insulter believes they should. I repeated that what we needed in Mississippi was the best possible schools, to make the best possible use of the men and women we produced, regardless of what color they were. And even if we could not have a school system which would do that, at least let us have one which would make no distinction among pupils except that of simple ability, since our principal and perhaps desperate need in America today was that all Americans at least should be on the side of America; that if all Americans were on the same side, we would not need to fear that other nations and ideologies would doubt us when we talked of human freedom.

## BEHIND THE FACT

BUT this is beside the point. The point is, what is behind this. The tragedy is not the impasse, but what is behind the impasse—the impasse of the two apparently irreconcilable facts which we are faced with in the South: the one being the decree of our national government that there be absolute equality in education among all citizens, the other being the white people in the South who say that white and Negro pupils shall never sit in the same classroom. Only apparently irreconcilable, because they must be reconciled since the only alternative to change is death. In fact, there are people in the South, Southerners born, who not only believe they can be reconciled but who love our land—not love white people specifically nor love Negroes specifically, but our land, our country: our climate and geography, the qualities in our people, white and Negro too, for honesty and fairness, the splendors in our traditions, the glories in our past—enough to try to reconcile them, even at the cost of displeasing both sides. These people are willing to face the contempt of the Northern radicals who believe we don't do enough, and the contumely and threats of our own Southern reactionaries who are convinced that anything we do is already too much.

The tragedy is the reason behind the fact, the fear behind the fact that some of the white people in the South—people who otherwise are rational, cultured, gentle, generous, and kindly—will—must—fight against every inch which the Negro gains in social betterment. It is the fear behind the desperation which could drive rational and successful men (my correspondent, the Weeping Willie one, is a banker, perhaps president of a—perhaps the—bank in another small Mississippi town like my own) to grasp at such straws for weapons as contumely and threat and insult, to change the views or anyway the voice which dares to suggest that betterment of the Negro's condition does not necessarily presage the doom of the white race.

Nor is the tragedy the fear so much as the tawdry quality of the fear—fear not of the Negro as an individual Negro nor even as a race, but as an economic class or stratum or factor, since what the Negro threatens is not the Southern white man's social system but the Southern white man's economic system—that economic system which the white man knows and dares not admit to himself is established on an obsolescence—the artificial inequality of man—and so is itself already obsolete and hence doomed. He knows that only three hundred years ago the Negro's naked grandfather was eating rotten elephant or hippo meat in an African rain-forest, yet in only three hundred years the Negro produced Dr. Ralph Bunche and George Washington Carver and Booker T. Washington. The white man knows that only ninety years ago not one

per cent of the Negro race could own a deed to land, let alone read that deed; yet in only ninety years, although his only contact with a county courthouse is the window through which he pays the taxes for which he has no representation, he can own his land and farm it with inferior stock and worn-out tools and gear—equipment which any white man would starve with—and raise children and feed and clothe them and send them North where they can have equal scholastic opportunity, and end his life holding his head up because he owes no man, with even enough over to pay for his coffin and funeral.

That's what the white man in the South is afraid of: that the Negro, who has done so much with no chance, might do so much more with an equal one that he might take the white man's economy away from him, the Negro now the banker or the merchant or the planter and the white man the sharecropper or the tenant. That's why the Negro can gain our country's highest decoration for valor beyond all call of duty for saving or defending or preserving white lives on foreign battlefields, yet the Southern white man dares not let that Negro's children learn their ABC's in the same classroom with the children of the white lives he saved or defended.

### SIMPLY, EQUAL

NOW the Supreme Court has defined exactly what it meant by what it said: that by "equality" it meant, simply, equality, without qualifying or conditional adjectives: not "separate but equal" nor "equally separate," but simply, equal; and now the Mississippi voices are talking of something which does not even exist anymore.

In the first half of the nineteenth century, before slavery was abolished by law in the United States, Thomas Jefferson and Abraham Lincoln both held that the Negro was not yet competent for equality.

That was more than ninety years ago, and nobody can say whether their opinions would be different now or not.

But assume that they would not have changed their belief, and that that opinion is right. Assume that the Negro is still not competent for equality, which is something which neither he nor the white man knows until we try it.

But we do know that, with the support of the federal government, the Negro is going to gain the right to try and see if he is fit or not for equality. And if the Southern white man cannot trust him with something as mild as equality, what is the Southern white man going to do when he has power—the power of his own fifteen millions of unanimity backed by the federal government—when the only check on that power will be that federal government which is already the Negro's ally?

In 1849, Senator John C. Calhoun made his address in favor of secession if the Wilmot Proviso was ever adopted. On October 12 of that year, Senator Jefferson Davis wrote a public letter to the South, saying:

> The generation which avoids its responsibility on this subject sows the wind and leaves the whirlwind as a harvest to its children. Let us get together and build manufactories, enter upon industrial pursuits, and prepare for our own self-sustenance.

At that time the Constitution guaranteed the Negro as property along with all other property, and Senator Calhoun and Senator Davis had the then undisputed validity of States' Rights to back their position. Now the Constitution guarantees the Negro equal right to equality, and the States' Rights which the Mississippi voices are talking about do not exist anymore. We—Mississippi—sold our state's rights back to the federal government when we accepted the first cotton price-support subsidy twenty years ago. Our economy is not agricultural any longer. Our economy is the federal government. We no longer farm in Mississippi cotton fields. We farm now in Washington corridors and Congressional committee rooms.

We—the South—didn't heed Senator Davis' words then. But we had better do it now. If we are to watch our native land wrecked and ruined twice in less than a hundred years over the Negro question, let us be sure this time that we know where we are going afterward.

THERE are many voices in Mississippi. There is that of one of our United States Senators, who, although he is not speaking for the United States Senate and what he advocates does not quite match the oath he took when he entered into his high office several years ago, at least has made no attempt to hide his identity and his condition. And there is the voice of one of our circuit judges, who, although he is not now speaking from the Bench and what he advocates also stands a little awry to his oath that before the law all men are equal and the weak shall be succored and defended, makes no attempt either to conceal his identity and condition. And there are the voices of the ordinary

citizens who, although they do not claim to speak specifically for the white Citizens' Councils and the NAACP, do not try to hide their sentiments and their convictions; not to mention those of the schoolmen—teachers and professors and pupils—though, since most Mississippi schools are state-owned or -supported, they don't always dare to sign their names to the open letters.

There are all the voices in fact, except one. That one voice which would adumbrate them all to silence, being the superior of all since it is the living articulation of the glory and the sovereignty of God and the hope and aspiration of man. The Church, which is the strongest unified force in our Southern life since all Southerners are not white and are not democrats, but all Southerners are religious and all religions serve the same single God, no matter by what name He is called. Where is that voice now? The only reference to it which I have seen was in an open forum letter to our Memphis paper which said that to his (the writer's) knowledge, none of the people who begged leave to doubt that one segment of the human race was forever doomed to be inferior to all the other segments, just because the Old Testament five thousand years ago said it was, were communicants of any church.

Where is that voice now, which should have propounded perhaps two but certainly one of these still-unanswered questions?

(1) The Constitution of the U. S. says: Before the Law, there shall be no artificial inequality—race, creed or money—among citizens of the United States.

(2) Morality says: Do unto others as you would have others do unto you.

(3) Christianity says: I am the only distinction among men since whosoever believeth in Me shall never die.

Where is this voice now, in our time of trouble and indecision? Is it trying by its silence to tell us that it has no validity and wants none outside the sanctuary behind its symbolical spire?

If the facts as stated in the *Look* magazine account of the Till affair are correct, this is what ineradicably remains: two adults, armed, in the dark, kidnap a fourteen-year-old boy and take him away to frighten him. Instead of which, the fourteen-year-old boy not only refuses to be frightened, but, unarmed, alone, in the dark so frightens the two armed adults that they must destroy him.

What are we Mississippians afraid of? Why do we have so low an opinion of ourselves that we are afraid of people who by all our standards are our inferiors?—economically: *i.e.*, they have so much less than we have that they must work for us not on their terms but on ours; educationally: *i.e.*, their schools are so much worse than ours that the federal government has to threaten to intervene to give them equal conditions; politically: *i.e.*, they have no recourse in law for protection from nor restitution for injustice and violence.

Why do we have so low an opinion of our blood and traditions as to fear that, as soon as the Negro enters our house by the front door, he will propose marriage to our daughter and she will immediately accept him?

Our ancestors were not afraid like this—our grandfathers who fought at First and Second Manassas and Sharpsburg and Shiloh and Franklin and Chickamauga and Chancellorsville and the Wilderness; let alone those who survived that and had the additional and even greater courage and endurance to resist and survive Reconstruction, and so preserved to us something of our present heritage. Why are we, descendants of that blood and inheritors of that courage, afraid? What are we afraid of? What has happened to us in only a hundred years?

### THE AMERICAN DREAM

FOR the sake of argument, let us agree that all white Southerners (all white Americans maybe) curse the day when the first Briton or Yankee sailed the first shipload of manacled Negroes across the Middle Passage and auctioned them into American slavery. Because that doesn't matter now. To live anywhere in the world today and be against equality because of race or color, is like living in Alaska and being against snow. We have already got snow. And as with the Alaskan, merely to live in armistice with it is not enough. Like the Alaskan, we had better use it.

Suddenly about five years ago and with no warning to myself, I adopted the habit of travel. Since then I have seen (a little of some, a little more of others) the Far and Middle East, North Africa, Europe, and Scandinavia. The countries I saw were not Communist (then) of course, but they were more: they were not even Communist-inclined, where it seemed to me they should have been. And I wondered why. Then suddenly I said to myself with a kind of amazement: It's because of America. These people still believe

in the American dream; they do not know yet that something happened to it. They believe in us and are willing to trust and follow us not because of our material power: Russia has that: but because of the idea of individual human freedom and liberty and equality on which our nation was founded, which our founding fathers postulated the word "America" to mean.

And, five years later, the countries which are still free of Communism are still free simply because of that: that belief in individual liberty and equality and freedom which is the one idea powerful enough to stalemate the idea of Communism. And we can thank our gods for that, since we have no other weapon to fight Communism with; in diplomacy we are children to Communist diplomats, and production in a free country can always suffer because under monolithic government all production can go to the aggrandizement of the state. But then, we don't need anything more since that simple belief of man that he can be free is the strongest force on earth and all we need to do is use it.

Because it makes a glib and simple picture, we like to think of the world situation today as a precarious and explosive balance of two irreconcilable ideologies confronting each other: which precarious balance, once it totters, will drag the whole universe into the abyss along with it. That's not so. Only one of the opposed forces is an ideology. The other one is that simple fact of Man: that simple belief of individual man that he can and should and will be free. And if we who are still free want to continue so, all of us who are still free had better confederate, and confederate fast, with all others who still have a choice to be free—confederate not as black people nor white people nor blue or pink or green people, but as people who still are free, with all other people who are still free; confederate together and stick together too, if we want a world or even a part of a world in which individual man can be free, to continue to endure.

And we had better take in with us as many as we can get of the non-white peoples of the earth who are not completely free yet but who want and intend to be, before that other force which is opposed to individual freedom, befools and gets them. Time was when the non-white man was content to—anyway, did—accept his instinct for freedom as an unrealizable dream. But not any more; the white man himself taught him different with that phase of his—the white man's—own culture which took the form of colonial expansion and exploitation based and morally condoned on the premise of inequality, not because of individual incompetence but of mass race or color. As a result of which, in only ten years we have watched the non-white peoples expel, by bloody violence when necessary, the white man from all the portions of the Middle East and Asia which he once dominated, into which vacuum has already begun to move that other and inimical power which people who believe in freedom are at war with—that power which says to the non-white man:

"We don't offer you freedom because there is no such thing as freedom; your white overlords whom you have just thrown out have already proved that to you. But we offer you equality, at least equality in slavedom; if you are to be slaves, at least you can be slaves to your own color and race and religion."

### A LITTLE TIME

WE, THE Western white man who does believe that there exists an individual freedom above and beyond this mere equality of slavedom, must teach the non-white peoples this while there is yet a little time left. We, America, who are the strongest national force opposing Communism and monolithicism, must teach all other peoples, white and non-white, slave or (for a little while yet) still free. We, America, have the best opportunity to do this because we can begin here, at home; we will not need to send costly freedom task forces into alien and inimical non-white places which are already convinced that there is no such thing as freedom and liberty and equality and peace for non-white people too, or we would practice it at home. Because our non-white minority is already on our side; we don't need to sell the Negro on America and freedom because he is already sold; even when ignorant from inferior or no education, even despite the record of his history of inequality, he still believes in our concepts of freedom and democracy.

That is what America has done for the Negro in only three hundred years. Not done *to* them: done *for* them, because to our shame we have made little effort so far to teach them to be Americans, let alone to use their capacities and capabilities to make us a stronger and more unified America. These are the people who only three hundred years ago lived beside one of the largest bodies of inland water on earth and never thought of sail, who yearly had to move by whole villages and tribes from famine and pestilence and enemies without once thinking of the wheel;

yet in three hundred years they have become skilled artisans and craftsmen capable of holding their own in a culture of technocracy. The people who only three hundred years ago were eating the carrion in the tropical jungles have produced the Phi Beta Kappas and the Doctor Bunches and the Carvers and the Booker Washingtons and the poets and musicians. They have yet to produce a Fuchs or Rosenberg or Gold or Burgess or Maclean or Hiss, and for every Negro Communist or fellow traveler there are a thousand white ones.

The Bunches and Washingtons and Carvers and the musicians and the poets, who were not just good men and women but good teachers too, taught him—the Negro—by precept and example what a lot of our white people have not learned yet: that to gain equality, one must deserve it, and to deserve equality, one must understand what it is: that there is no such thing as equality *per se*, but only equality *to*: equal right and opportunity to make the best one can of one's life within one's capacity and capability, without fear of injustice or oppression or violence. If we had given him this equality ninety or fifty or even ten years ago, there would have been no Supreme Court ruling about segregation in 1954.

But we didn't. We dared not; it is our Southern white man's shame that in our present economy the Negro must not have economic equality; our double shame that we fear that giving him more social equality will jeopardize his present economic status; our triple shame that even then, to justify our stand, we must becloud the issue with the bugaboo of miscegenation. What a commentary that the one remaining place on earth where the white man can flee and have his uncorrupted blood protected and defended by law, is in Africa—Africa: the source and origin of the threat whose present presence in America will have driven the white man to flee it.

Soon now all of us—not just Southerners nor even just Americans, but all people who are still free and want to remain so—are going to have to make a choice, lest the next (and last) confrontation we face will be, not Communists against anti-Communists, but simply the remaining handful of white people against the massed myriads of all the people on earth who are not white. We will have to choose not between color nor race nor religion nor between East and West either, but simply between being slaves and being free. And we will have to choose completely and for good; the time is already past now when we can choose a little of each, a little of both. We can choose a state of slavedom, and if we are powerful enough to be among the top two or three or ten, we can have a certain amount of license—until someone more powerful rises and has us machine-gunned against a cellar wall.

But we cannot choose freedom established on a hierarchy of degrees of freedom, on a caste system of equality like military rank. We must be free not because we claim freedom, but because we practice it; our freedom must be buttressed by a homogeny equally and unchallengeably free, no matter what color they are, so that all the other inimical forces everywhere —systems political or religious or racial or national—will not just respect us because we practice freedom, they will fear us because we do.

## FOR WHOM, FOR COUNTRY, AND FOR YALE?

AT A YALE Club dinner in New York sometime during 1949, Mr. Wilmarth Lewis, member of the Yale Corporation, arose and made the following statement:

"Yale's next President must first of all be a Yale man and a great scholar—also a social philosopher who has at his fingertips a solution to all world problems. . . .

"He must be a good public relations man and an experienced fund raiser. . . . He must be a man of the world and yet he must also possess great spiritual qualities. . . .

"He must be a leader, not too far to the right, not too far to the left, and of course not too much in the middle. . . .

"As I have been talking, you have, I don't doubt, realized that there is only One who has most of these qualities. But there is a question even about Him: Is God a Yale man?"

—From *Yale Daily News*, November 3, 1955.