## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

FAULKNER LITERARY RIGHTS, LLC                                      PLAINTIFF

V.                                                      NO. 3:12cv732-HTW-LRA

NORTHROP GRUMMAN CORPORATION and
THE WASHINGTON POST COMPANY                             DEFENDANTS

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff Faulkner Literary Rights, LLC ("Faulkner"), and

Defendants Northrop Grumman Corporation ("Northrop") and The Washington Post Company

("the Post") stipulate to the dismissal *with prejudice* of all claims and counterclaims, whether

asserted or amenable to assertion in this action, with the parties to bear their respective attorney

fees, expenses and costs.

THIS, the 7th day of December, 2012.

Respectfully submitted,

FAULKNER LITERARY RIGHTS, LLC

 *J. Cal Mayo, Jr.*_____
J. CAL MAYO, JR. (MB NO. 8492)
POPE S. MALLETTE (MB NO. 9836)
PAUL B. WATKINS, JR. (MB NO. 102348)
ITS ATTORNEYS

OF COUNSEL:

MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi  38655
Tel: (662) 236-0055
Fax: (662) 236-0035

NORTHROP GRUMMAN CORPORATION AND
THE WASHINGTON POST COMPANY


 _Luther T. Munford_____
LUTHER T. MUNFORD (MB NO. 3653)
G. TODD BUTLER (MB NO. 102907)
THEIR ATTORNEYS


OF COUNSEL:

PHELPS DUNBAR, LLP
4270 I-55 North
Post Office Box 16114
Jackson, Mississippi  39236-6114
Tel: (601) 352-2300
Fax: (601) 360-9777